UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 18-cv-61139-BLOOM/Valle**

BRANDY JO LEIBER and JORDAN LOTT,
on behalf of themselves and those similarly
situated,

     Plaintiffs,

v.

CHG HEALTHCARE SERVICES, INC., a
foreign for profit corporation; CHG
COMPANIES, INC., a foreign for profit
Corporation; CHG MEDICAL STAFFING,
INC., a foreign for profit corporation; CHG
MANAGEMENT, INC., a foreign for profit
corporation; COMPHEALTH ASSOCIATES,
INC., a foreign for profit corporation, and
WEATHERBY LOCUMS, INC., a domestic
for profit corporation,

     Defendants.
_____/

**ORDER APPROVING SETTLEMENT
AND DISMISSING CASE WITH PREJUDICE**

     **THIS CAUSE** is before the Court upon the parties' Joint Motion for Court Approval of Settlement Agreement and General Release and to Dismiss Lawsuit with Prejudice, ECF No. [36] ("Motion"), filed on January 10, 2019. Upon review of the record and the parties' documented basis for a settlement of the FLSA case, the Court finds that settlement of this action is fair and reasonable.

     Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Motion, **ECF No. [36],** is **GRANTED**.

2.     The Agreement and General Release, ECF No. [36-1] ("Settlement Agreement"),

which has been duly filed as a record of the Court as to each Plaintiff, is **APPROVED** in its entirety.

3. This case is **DISMISSED WITH PREJUDICE**, and all pending motions are **DENIED AS MOOT**.

4. The Court retains jurisdiction for thirty (30) days to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of January, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record